UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY E. CULVER, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) No. 1:16-cv-1815-WTL-DKL |
| | ) |
| DUSHAN ZATECKY, | ) |
| | ) |
| Respondent. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Kelly Culver.

Culver's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 4/18/17

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov

KELLY E. CULVER
850836
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only